## KIRK v. WYOMING.

No. 50, Misc.   Decided October 23, 1967.

*Bernard Roazen* and *Lawrence Speiser* for petitioner.

*James E. Barrett,* Attorney General of Wyoming, *Sterling A. Case,* Assistant Attorney General, *Lawrence E. Johnson,* Chief Special Assistant Attorney General, and *Don Empfield,* Special Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is reversed. *Jackson* v. *Denno,* 378 U. S. 368; *Sims* v. *Georgia,* 385 U. S. 538. The case is remanded for further proceedings not inconsistent with the opinions in those cases. *Jackson* v. *Denno,* 378 U. S., at 394–396; *Sims* v. *Georgia,* 385 U. S., at 544.

MR. JUSTICE BLACK dissents.